**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

**UNITED STATES OF AMERICA**

**v.**                                                                  **2:06CR16**

**MATTHEW SCOTT COLLINS**

       **Defendant.**

**REPORT AND RECOMMENDATION**
**CONCERNING GUILTY PLEA**

Defendant, by consent, has appeared before the undersigned pursuant to Rule 11, Federal Rules of Criminal Procedure, and referral from a United States District Judge and has entered guilty pleas to a criminal information charging him with conspiracy to obtain firearms by a convicted felon and discharge of a firearm during and in relation to drug trafficking, in violation of 18 U.S.C. §§ 371 and 924(c)(1)(A). Waiver of indictment was executed during the proceeding and before the pleas were taken.

Defendant was represented by retained counsel, Lawrence H. Woodward, Esquire. On March 6, 2006, defendant appeared before the Court for the purpose of entering his guilty pleas. He was appropriate in appearance, responsive, and competently prepared for the hearing.

Defendant answered all questions put to him in clear and concise language. On those occasions when he had a question, defendant consulted with counsel and then promptly answered. Defendant was courteous and appropriate in his behavior at all times and clearly understood the seriousness of his position. At the close of the proceeding, defendant was remanded back to custody, pending sentencing.

Defendant is twenty-one years of age, completed four years of college and has an Associate's Degree, and speaks English as his native language.  There was no evidence that defendant was on drugs, alcohol, or medication which might impair his judgment. He was cooperative throughout the proceeding.

Defendant entered the guilty pleas pursuant to a plea agreement.  The Court is completely satisfied, based upon defendant's responses, that he fully appreciates his position.  Furthermore, he acknowledged that the statement of facts prepared in anticipation of his pleas accurately reflects the government's evidence, in the event of trial.

After cautioning and examining defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the offenses charged are supported by independent facts, establishing each of the essential elements of such offense.  Therefore, the Court recommends that the guilty pleas be accepted and that defendant be adjudged guilty and have sentence imposed accordingly.

Failure to file written objections to this report and recommendation within ten days from the date of its service shall bar an aggrieved party from attacking such report and recommendation before the assigned United States District Judge.  28 U.S.C. § 636(b)(1)(B).

                                                                                                          /s/
                                              **James E. Bradberry**
                                              **United States Magistrate Judge**

**Norfolk, Virginia**

    **March 8**    , **2006**

<u>Clerk's Mailing Certificate</u>

A copy of the foregoing Report was mailed this date to each of the following:

      Lawrence H. Woodward, Jr., Esquire
      Shuttleworth, Ruloff, Giordano & Swain, P.C.
      4525 South Boulevard, Ste. 300
      Virginia Beach, VA  23452


      James Metcalfe, Esquire
      Assistant United States Attorney
      United States Attorney's Office
      101 West Main Street, Suite 8000
      Norfolk, VA 23510

                                Elizabeth H. Paret, Clerk


                              By _____
                                        Deputy Clerk

                              _____, 2006